## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  LUIS CORRAL | ) | Case No. 22 B 03197 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: CAROL A DOYLE |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for May 10, 2022 10:30 am, for the following:

Debtor has failed to provide copies to the Trustee of the most recently filed tax returns in accordance with 11 U.S.C. §§ 521(e)(2)(A)(i), and 1325(a)(1).

Debtor has failed to provide copies of 60 days of pay advices and/or other evidence of income in accordance with 11 U.S.C. §§ 521(a)(1)(B), 1325(a)(1).

Debtor has failed to file a proper plan as required by Section 1325 (a)(1) by failing to properly fill out Section 2.3. Debtor to uncheck first box, check the third box, and add the Trustee's preferred tax language.

Debtor has failed to properly fill out schedules in accordance with 11 U.S.C. §§ 521(a)(1)(B)(i). Debtor to amend the following schedules:
Schedule D to clarify year, make and model of vehicles.
Schedule I to clarify business income.
Schedule J- monthly net income is lower than trustee payment.

Debtor has failed to file a proper plan as required by Section 1325 (a)(1) by failing to address creditor Ally Financial and NMAC. Debtor also to amend plan to show that debtor is paying for van directly.

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: May 06, 2022                                                      /s/ Thomas H. Hooper
                                                                                            _____

                                                                                            Thomas H. Hooper
                                                                                            Chapter 13 Trustee
                                                                                            55 E. Monroe St., Suite 3850
                                                                                            Chicago, IL 60603
                                                                                            (312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  LUIS CORRAL | ) | Case No. 22 B 03197 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: CAROL A DOYLE |

## CERTIFICATE OF SERVICE

I, Kelleye Robinson, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

DAVID FREYDIN                                                         (via CM/ECF)
*Attorney for Debtor*

Patrick Layng                                                               (via CM/ECF)
United States Trustee

LUIS CORRAL                                                           (via U.S. Postal Service)

710 WICKER AVE
STREAMWOOD, IL 60107
*Debtor(s)*

Dated: May 06, 2022                                                  /s/ Kelleye Robinson
                                                                                 _____

                                                                                 Kelleye Robinson
                                                                                 Office of the Chapter 13 Trustee
                                                                                 55 E. Monroe St., Suite 3850
                                                                                 Chicago, IL 60603
                                                                                 (312) 294-5900